Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Eastern District of California**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy                    06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Amy**<br>First name<br><br>**Anne**<br>Middle name<br><br>**Corpus**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Amy**<br>First name<br><br>**Anne**<br>Middle name<br><br>**Sequeira**<br>Last name<br><br>**Kalos Specialized Services**<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **3  5  1  0**<br>OR<br>9xx - xx - ___ ___ ___ ___ | xxx - xx - ___ ___ ___ ___<br>OR<br>9xx - xx - ___ ___ ___ ___ |

Debtor 1     **Amy**              **Anne**              **Corpus**
             First Name           Middle Name           Last Name          Case number *(if known)* _____

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4.   Your Employer Identification Number (EIN), if any.**

About Debtor 1:

9 0 - 1 5 9 0 0 3 4 6
EIN

__ __ - __ __ __ __ __ __ __
EIN

About Debtor 2 (Spouse Only in a Joint Case):

__ __ - __ __ __ __ __ __ __
EIN

__ __ - __ __ __ __ __ __ __
EIN

**5.   Where you live**

**38023 Pine Meadow Lane**
Number        Street

_____

**Oakhurst, CA 93644**
City                         State      ZIP Code

**Madera**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                         State      ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____

_____
City                         State      ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                         State      ZIP Code

**6.   Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | Amy | Anne | Corpus | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:　Tell the Court About Your Bankruptcy Case**

| | | |
|---|---|---|
| 7. | **The chapter of the Bankruptcy Code you are choosing to file under** | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.<br><br>☐ Chapter 7<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |

| | | |
|---|---|---|
| 8. | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.<br><br>☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).<br><br>☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition. |

| | | |
|---|---|---|
| 9. | **Have you filed for bankruptcy within the last 8 years?** | ☑ No.<br>☐ Yes. District _____ When _____ Case number _____<br>　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　　District _____ When _____ Case number _____<br>　　　　　　　　　　　　　MM / DD / YYYY |

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?** | ☑ No.<br>☐ Yes. Debtor _____ Relationship to you _____<br>　　　　District _____ When _____ Case number, if known _____<br>　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　Debtor _____ Relationship to you _____<br>　　　　District _____ When _____ Case number, if known _____<br>　　　　　　　　　　　　　MM / DD / YYYY |

| | | |
|---|---|---|
| 11. | **Do you rent your residence?** | ☑ No. Go to line 12.<br>☐ Yes. Has your landlord obtained an eviction judgment against you?<br>　　　　☐ No. Go to line 12.<br>　　　　☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition. |

Debtor 1    **Amy**              **Anne**                 **Corpus**                                Case number *(if known)* _____
            First Name           Middle Name              Last Name

---

**Part 3:**  Report About Any Businesses You Own as a Sole Proprietor

---

**12.  Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

**Kalos Specialized Services**
Name of business, if any

**4420 N First St. Ste 115**
Number       Street

_____

**Fresno**                            **CA**        **93726**
City                                   State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

---

**13.  Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1    **Amy**              **Anne**            **Corpus**                              Case number *(if known)* _____
_____    _____    _____
            First Name          Middle Name         Last Name

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard?

_____

_____

_____

If immediate attention is needed, why is it needed?

_____

_____

_____

Where is the property?

_____
Number          Street

_____
City                                State    ZIP Code

| Debtor 1 | **Amy** | **Anne** | **Corpus** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Amy | Anne | Corpus | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 6:**  Answer These Questions for Reporting Purposes

---

**16.** What kind of debts do you have?

    **16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    ☐ No. Go to line 16b.
    ☑ Yes. Go to line 17.

    **16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

    ☐ No. Go to line 16c.
    ☐ Yes. Go to line 17.

    **16c.** State the type of debts you owe that are not consumer debts or business debts.

    _____

---

**17.** Are you filing under Chapter 7?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

    ☑ No.   I am not filing under Chapter 7. Go to line 18.

    ☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
        ☐ No
        ☐ Yes

---

**18.** How many creditors do you estimate that you owe?

    ☑ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5,001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,000-100,000
    ☐ More than 100,000

---

**19.** How much do you estimate your assets to be worth?

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☑ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

    ☐ $0-$50,000
    ☐ $50,001-$100,000
    ☐ $100,001-$500,000
    ☐ $500,001-$1 million
    ☑ $1,000,001-$10 million
    ☐ $10,000,001-$50 million
    ☐ $50,000,001-$100 million
    ☐ $100,000,001-$500 million
    ☐ $500,000,001-$1 billion
    ☐ $1,000,000,001-$10 billion
    ☐ $10,000,000,001-$50 billion
    ☐ More than $50 billion

---

**Part 7:**  Sign Below

---

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** /s/ Amy Anne Corpus _____

Amy Anne Corpus, Debtor 1

Executed on  01/13/2025 _____
          MM/ DD/ YYYY

---

| Debtor 1 | **Amy** | **Anne** | **Corpus** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Peter Fear**
Signature of Attorney for Debtor

Date **01/13/2025**
　　 MM / DD / YYYY

**Peter Fear**
Printed name

**Fear Waddell, P.C.**
Firm name

**7650 N. Palm Avenue Suite 101**
Number　　　Street

**Fresno**　　　　　　　　　　　　　　**CA**　**93711**
City　　　　　　　　　　　　　　　　State　ZIP Code

Contact phone **(559) 436-6575**　　Email address **pfear@fearlaw.com**

**207238**　　　　　　　　　　　　　　**CA**
Bar number　　　　　　　　　　　　State

Certificate Number: 17572-CAE-CC-039176607



17572-CAE-CC-039176607

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 20, 2024</u>, at <u>1:53</u> o'clock <u>PM PST</u>, <u>Amy Corpus</u> received from <u>Dollar Learning Foundation, Inc.,</u> an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>December 20, 2024</u>          By:    <u>/s/Linda Duarte</u>

                                        Name:  <u>Linda Duarte</u>

                                        Title:  <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

| Fill in this information to identify your case: | |
|---|---|

**Debtor 1**   **Amy**          **Anne**          **Corpus**
First Name          Middle Name          Last Name

**Debtor 2**
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: **Eastern**          District of **California**

Case number
(if known)

☐ Check if this is an amended filing

**Official Form 104**

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**          List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  |  | Unsecured claim |
|---|---|---|
| **1** **Internal Revenue Service** Creditor's Name | **What is the nature of the claim?** **Taxes or Penalties Owed to Governmental Units** | $429,044.91 |

**PO Box 7346**
Number          Street

**Philadelphia, PA 19101-7346**
City          State          ZIP Code

Contact

Contact phone

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes. Total claim (secured and unsecured):          $429,044.91

          Value of security:          $0.00

          Unsecured          $429,044.91

|  |  | Unsecured claim |
|---|---|---|
| **2** **Internal Revenue Service** Creditor's Name | **What is the nature of the claim?** **Taxes or Penalties Owed to Governmental Units** | $159,120.07 |

**PO Box 7346**
Number          Street

**Philadelphia, PA 19101-7346**
City          State          ZIP Code

Contact

Contact phone

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes. Total claim (secured and unsecured):          $159,120.07

          Value of security:          $0.00

          Unsecured          $159,120.07

| Debtor 1 | **Amy** | **Anne** | **Corpus** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  |  |  | **Unsecured claim** |
|---|---|---|---|

| 3 | **Internal Revenue Service** | What is the nature of the claim? | **Taxes or Penalties Owed to Governmental Units** | $133,459.53 |

Creditor's Name

**Bankruptcy Specialist: Larry Rackley**

**55 South Market Street, M.S. 5420, M/S Insolvency**

Number          Street

**San Jose, CA 95113-2397**

City          State          ZIP Code

Contact

Contact phone

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☐ No
☑ Yes. Total claim (secured and unsecured):          $133,459.53

          Value of security:          $0.00

          Unsecured          $133,459.53

---

| 4 | **Chase Auto Finance** | What is the nature of the claim? | _____ | $6,111.23 |

Creditor's Name

**PO Box 650351**

Number          Street

**Dallas, TX 75265-0351**

City          State          ZIP Code

Contact

Contact phone

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☐ No
☑ Yes. Total claim (secured and unsecured):          $96,111.23

          Value of security:          $90,000.00

          Unsecured          $6,111.23

---

| 5 | **The Law Offices of Gregory J. Smith** | What is the nature of the claim? | **Other** | $62,853.61 |

Creditor's Name

**516 W Shaw Ave, Ste 200**

Number          Street

**Fresno, CA 93704**

City          State          ZIP Code

Contact

Contact phone

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?

☑ No
☐ Yes. Total claim (secured and unsecured):          _____

          Value of security:          _____

          Unsecured          _____

Debtor 1   **Amy**          **Anne**          **Corpus**          Case number *(if known)* _____

      First Name      Middle Name      Last Name

|  | | | **Unsecured claim** |
|---|---|---|---|

**6** | **Internal Revenue Service** | What is the nature of the claim? | **Taxes or Penalties Owed to Governmental Units** | **$49,427.37**

Creditor's Name

**PO Box 7346**

Number    Street

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Philadelphia, PA 19101-7346**

City    State    ZIP Code

Does the creditor have a lien on your property?
- ☐ No
- ☑ Yes. Total claim (secured and unsecured):   **$49,427.37**

Contact

        Value of security:   **$0.00**

Contact phone

        Unsecured   **$49,427.37**

---

**7** | **Bank of America** | What is the nature of the claim? | **Credit Card** | **$46,689.87**

Creditor's Name

**PO Box 982238**

Number    Street

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**El Paso, TX 79998**

City    State    ZIP Code

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):

Contact

        Value of security:

Contact phone

        Unsecured

---

**8** | **Internal Revenue Service** | What is the nature of the claim? | **Taxes or Penalties Owed to Governmental Units** | **$42,344.74**

Creditor's Name

**PO Box 7346**

Number    Street

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Philadelphia, PA 19101-7346**

City    State    ZIP Code

Does the creditor have a lien on your property?
- ☐ No
- ☑ Yes. Total claim (secured and unsecured):   **$42,344.74**

Contact

        Value of security:   **$0.00**

Contact phone

        Unsecured   **$42,344.74**

---

**9** | **Internal Revenue Service** | What is the nature of the claim? | **Taxes or Penalties Owed to Governmental Units** | **$38,877.05**

Creditor's Name

**PO Box 7346**

Number    Street

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Philadelphia, PA 19101-7346**

City    State    ZIP Code

Does the creditor have a lien on your property?
- ☐ No
- ☑ Yes. Total claim (secured and unsecured):   **$38,877.05**

Contact

        Value of security:   **$0.00**

Contact phone

        Unsecured   **$38,877.05**

| Debtor 1 | Amy | Anne | Corpus | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  | | | Unsecured claim |
|---|---|---|---|

**10** **Internal Revenue Service**
Creditor's Name

**PO Box 7346**
Number     Street

**Philadelphia, PA 19101-7346**
City     State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Taxes or Penalties Owed to Governmental Units**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ☑ Yes. Total claim (secured and unsecured):    **$16,223.00**
  - Value of security:    **$0.00**
  - Unsecured    **$16,223.00**

**$16,223.00**

---

**11** **Capital One**
Creditor's Name

**PO Box 31293**
Number     Street

**Salt Lake City, UT 84131**
City     State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Credit Card**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security: _____
  - Unsecured _____

**$11,433.00**

---

**12** **Golden1 Credit Union**
Creditor's Name

**ATTN: POSTING**

**PO Box 15318**
Number     Street

**Sacramento, CA 95851-0318**
City     State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Credit Card**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security: _____
  - Unsecured _____

**$9,773.41**

---

**13** **SESLOC Credit Union**
Creditor's Name

**3855 Broad St**
Number     Street

**San Luis Obispo, CA 93401**
City     State     ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Credit Card**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security: _____
  - Unsecured _____

**$8,559.00**

---

| Debtor 1 | Amy | Anne | Corpus | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | Unsecured claim |
|---|---|---|---|

**14** | **Chase Card Services - JPMCB**

Creditor's Name

**What is the nature of the claim?** **Credit Card, Amazon**    $8,175.35

**PO Box 15369**

Number     Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Wilmington, DE 19850**

City     State     ZIP Code

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Contact

Value of security: _____

Contact phone

Unsecured _____

---

**15** | **Apple Card - GS Bank USA**

Creditor's Name

**What is the nature of the claim?** **Credit Card**    $7,670.00

**Lockbox 6112**

**PO Box 7247**

Number     Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Philadelphia, PA 19170**

City     State     ZIP Code

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Contact

Value of security: _____

Contact phone

Unsecured _____

---

**16** | **Moramax**

Creditor's Name

**What is the nature of the claim?** **Business Debt.**    $3,300.00

**1265 W Shaw Ave, Ste 108**

Number     Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Fresno, CA 93711**

City     State     ZIP Code

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Contact

Value of security: _____

Contact phone

Unsecured _____

---

**17** | **The Home Depot/CitiBank**

Creditor's Name

**What is the nature of the claim?** **Credit Card**    $2,384.00

**PO Box 6497**

Number     Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Sioux Falls, SD 57117**

City     State     ZIP Code

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Contact

Value of security: _____

Contact phone

Unsecured _____

Debtor 1    **Amy**       **Anne**       **Corpus**

| First Name | Middle Name | Last Name |
| --- | --- | --- |

Case number *(if known)* _____

|  | Unsecured claim |
| --- | --- |

| 18 | **SYNCB/TJX COS** | What is the nature of the claim? | **Credit Card** | $2,309.00 |

Creditor's Name

**PO Box 965015**

Number      Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Orlando, FL 32896**

City      State      ZIP Code

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Contact

         Value of security: _____

Contact phone

         Unsecured _____

---

| 19 | **CBNA** | What is the nature of the claim? | **Credit Card** | $2,010.00 |

Creditor's Name

**PO Box 6217**

Number      Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Sioux Falls, SD 57117**

City      State      ZIP Code

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Contact

         Value of security: _____

Contact phone

         Unsecured _____

---

| 20 | **SYNCB/Care Credit** | What is the nature of the claim? | **Credit Card** | $1,722.83 |

Creditor's Name

**PO Box 965036**

Number      Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Orlando, FL 32896**

City      State      ZIP Code

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Contact

         Value of security: _____

Contact phone

         Unsecured _____

---

**Part 2:**    Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X    _____/s/ Amy Anne Corpus_____

Signature of Debtor 1

X    _____

Signature of Debtor 2

Date    **01/13/2025**

     MM / DD / YYYY

Date _____

     MM / DD / YYYY

Fill in this information to identify your case:

| Debtor 1 | **Amy** | **Anne** | **Corpus** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of California**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

| Part 1: | Summarize Your Assets |
|---|---|

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*........................................... | **$849,000.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................. | **$921,948.29** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.......................................... | **$1,770,948.29** |

| Part 2: | Summarize Your Liabilities |
|---|---|

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$1,134,139.41** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$870,135.67** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + **$173,956.57** |
| **Your total liabilities** | **$2,178,231.65** |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*......................................... | **$12,867.20** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.......................................... | **$8,431.64** |

| Debtor 1 | **Amy** | **Anne** | **Corpus** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4:**  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   | | |
   |---|---|
   | | **$0.00** |

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$870,135.67** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | **$0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + **$0.00** |
| 9g. **Total**. Add lines 9a through 9f. | **$870,135.67** |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Amy** | **Anne** | **Corpus** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Eastern**_____ District of ____**California**____

Case number _____

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                            12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.   **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1**

**38023 Pine Meadow Lane**
Street address, if available, or other
description

**Oakhurst, CA 93644**
City                State        ZIP Code

**Madera**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
APNs 066-200-069, 066-180-010. 3 Bedrooms, 4 bathrooms, 2,933 sqft. Total acreage approx 43 acres.

> Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$849,000.00** | **$849,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee Simple**

☑ **Check if this is community property**
(see instructions)

2.   **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ...................................➜  | **$849,000.00** |

### Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

Debtor  **Corpus, Amy Anne**                              Case number *(if known)* _____

---

3.1  Make:          __Chevrolet__

Model:         __Tahoe RST__

Year:          __2023__

Approximate mileage:  __9k__

Other information:

> **Good Condition.**
> **VIN: 1GNSKRKD4PR277125**

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     **$57,915.00**

Current value of the portion you own?     **$57,915.00**

If you own or have more than one, describe here:

3.2  Make:          __Mercedes-Benz__

Model:         __S 500__

Year:          __2023__

Approximate mileage:  __15,600__

Other information:

> **Excellent Condition. Leased vehicle. Lease began February, 2023 and will end February, 2027. Vehicle is currently valued at $57,390. The buyout per the lease terms is $70,409, which debtor believes will be the fair market value at the conclusion of the lease. There is no value to the lease.**
> **VIN: W1K6G6DB4PA194627**

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     **$0.00**

Current value of the portion you own?     **$0.00**

3.3  Make:          __Land Rover__

Model:         __Range Rover P400 SE Sport__

Year:          __2024__

Approximate mileage:  __1,300__

Other information:

> **Excellent condition.**
> **VIN: SAL1L9FU6RA409307**

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     **$90,000.00**

Current value of the portion you own?     **$90,000.00**

---

Debtor   **Corpus, Amy Anne**                                   Case number *(if known)* _____

| | |
|---|---|
| 3.4 | Make: **Ford** |
| | Model: **Sunseeker RV** |
| | Year: **2021** |
| | Approximate mileage: **112k** |
| | Other information: |

Other information:
> **Fair condition.**
> **VIN: 1FDXE4FN0MDC02549**

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** **$40,000.00**

**Current value of the portion you own?** **$40,000.00**

| | |
|---|---|
| 3.5 | Make: **Harley-Davidson** |
| | Model: **Sportster 883 Custom Anniv** |
| | Year: **2003** |
| | Approximate mileage: **76k** |

Other information:
> **Poor condition, only in parts, not put-together.**
> **VIN: 1HD4CJM5X3K453540**

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** **$500.00**

**Current value of the portion you own?** **$500.00**

| | |
|---|---|
| 3.6 | Make: **Jeep** |
| | Model: **Grand Cherokee Limited** |
| | Year: **2021** |
| | Approximate mileage: **48k** |

Other information:
> **aka Chrysler. Good Condition.**
> **VIN: 1C4RJFBG7MC669601**

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** **$24,509.00**

**Current value of the portion you own?** **$0.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☐ No
   - ☑ Yes

Debtor  **Corpus, Amy Anne**                                    Case number *(if known)* _____

| | |
|---|---|
| 4.1 | Make:          **Honda** |

Model:  **FourTrax Rincon Quad, with 330 hours.**

Year:  **2005**

Other information:

| |
|---|
| **Off Road. Poor-Fair Condition, it is pretty beat up.** **VIN: 1HFTE280954004696** |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$350.00**

Current value of the portion you own?  **$350.00**

If you own or have more than one, list here:

| | |
|---|---|
| 4.2 | Make:          **Can-Am** |

Model:  **Outlander 650 Quad, with 80 hours.**

Year:  **2019**

Other information:

| |
|---|
| **Off Highway. Fair Condition.** **VIN: 3JBLKAJ28KJ000006** |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$4,380.00**

Current value of the portion you own?  **$4,380.00**

| | |
|---|---|
| 4.3 | Make:          **Can-Am** |

Model:  **Defender DPS CAB HD9, with 200 hours.**

Year:  **2019**

Other information:

| |
|---|
| **Off Highway. Fair Condition.** **Farm Utility Vehicle.** **VIN: 3JBUFAP26KK000001** |

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$5,000.00**

Current value of the portion you own?  **$5,000.00**

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..................................................... ➡  **$198,145.00**

**Part 3:**      Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**

   *Examples:*  Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe. .........

| |
|---|
| **Sofa, 2 recliners, coffee table, 2 end tables, lamps, rug, stove, refrigerator, dishwasher, trash compactor, microwave oven, small appliances, pots, pans, dishes, glassware, flatware, table, chairs, 2 beds, 2 dressers, chest, 3 night stands, bathroom supplies, washer, dryer, vacuum cleaner, garden tools, electric tools, and lawn mower.** |

**$3,910.00**

Debtor **Corpus, Amy Anne** _____   Case number *(if known)* _____

---

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No

   ☑ Yes. Describe. .........

   | 3 TV's, tablet | **$410.00** |

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No

   ☑ Yes. Describe. .........

   | Books | **$100.00** |

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No

   ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe. .........

    | Total of three, 9mm. | **$500.00** |

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........

    | Work and everyday clothing. | **$1,000.00** |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........

    | Wedding bands, bracelets, and assorted jewelry. | **$2,500.00** |

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe. .........

    | 7 Dogs, 3 Cats. | **$0.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. .............

---

Debtor  **Corpus, Amy Anne**                                    Case number *(if known)* _____

---

| 15. | Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ......................................................................................... ➜ | **$8,420.00** |

**Part 4:**    Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16.   Cash**

*Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ................................................................................................................................ Cash: ...................  **$120.00**

**17.   Deposits of money**

*Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................                    Institution name:

| 17.1. Checking account: | **Bank of America, used for business.** **Account Number: 9050** | **$1,547.64** |
| 17.2. Checking account: | **Bank of America, used for business.** **Account Number: 9089** | **$2.82** |
| 17.3. Checking account: | **Bank of America, used for business.** **Account Number: 0899** | **$4.49** |
| 17.4. Checking account: | **Bank of America.** **Account Number: 6451** | **$17.30** |
| 17.5. Checking account: | **First Fresno Bank, used for business.** **Account Number: 5218** | **$2,224.69** |
| 17.6. Checking account: | **First Fresno Bank, used for business.** **Account Number: 5226** | **$1,636.12** |
| 17.7. Checking account: | **Golden 1 Credit Union, 09.** **Account Number: 2535** | **$2,896.84** |
| 17.8. Checking account: | **SESLOC Credit Union, Checking ID0080.** **Account Number: 0911** | **$395.03** |
| 17.9. Savings account: | **Bank of America. Negative Balance.** **Account Number: 0755** | **$0.00** |
| 17.10. Savings account: | **Golden 1 Credit Union, 00.** **Account Number: 2535** | **$264.50** |
| 17.11. Savings account: | **SESLOC Credit Union, S1 Primary Share ID0001.** **Account Number: 0911** | **$110.69** |
| 17.12. Other financial account: | **AppleCash.** | **$161.67** |

Debtor  **Corpus, Amy Anne**                    Case number *(if known)* _____

---

18.  **Bonds, mutual funds, or publicly traded stocks**

*Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ..................... Institution or issuer name:

_____          _____

_____          _____

_____          _____

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific
   information about
   them................... Name of entity:                    % of ownership:

   **Kalos Specialized Services sole-proprietorship.**          **100.00%**          **unknown**

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
   information about
   them................... Issuer name:

_____          _____

_____          _____

_____          _____

21.  **Retirement or pension accounts**

*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
   account separately.  Type of account:       Institution name:

   401(k) or similar plan:  _____          _____

   Pension plan:            _____          _____

   IRA:                     _____          _____

   Retirement account:      _____          _____

   Keogh:                   _____          _____

   Additional account:      _____          _____

   Additional account:      _____          _____

---

Debtor  **Corpus, Amy Anne**                                Case number *(if known)* _____

---

22.  **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

☑ Yes .....................            Institution name or individual:

Prepaid rent:        **Debtor has security deposit ($1,539) for business lease with**                        **$0.00**
                     **Reza Shakeri.**

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes .....................     Issuer name and description:

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .....................     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
   information about them. ...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
   information about them. ...

27.  **Licenses, franchises, and other general intangibles**

*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
   information about them. ...

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **8**

Debtor  **Corpus, Amy Anne**                                    Case number *(if known)* _____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.** **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

Federal: _____

State: _____

Local: _____

**29.** **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information. ........

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30.** **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........                                    _____

Debtor  **Corpus, Amy Anne**                              Case number *(if known)* _____

| | | |
|---|---|---|
| 31. | **Interests in insurance policies** | |

*Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Individual Variable Life Insurance through Farmers Insurance policy number ending in 3522V.** | | |
| **Loan amount available: $** | | |
| **Accumulation value: $** | | |
| **Loan outstanding balance $27,652.76.** | | |
| **Surrender Value $22,509.** | | **$22,509.00** |
| **Individual Variable Life Insurance through Farmers Insurance policy number ending in 7942V.** | | |
| **Loan amount available: $** | | |
| **Accumulation value: $** | | |
| **Loan outstanding balance $54,625.94.** | | |
| **Surrender Value $1,292.50.** | | **$1,292.50** |

| | | |
|---|---|---|
| 32. | **Any interest in property that is due you from someone who has died** | |

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........

| | | |
|---|---|---|
| 33. | **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment** | |

*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☑ Yes. Describe each claim. ..............

**Kalos Specialized Services Inc, Asist Inc, and Amy Corpus (Debtor) v. Charis Wallace. Case No. 24CECG04476. Plaintiffs case against Defendant is that Wallace failed to exercise reasonable care, skill, and diligence. Attorney for Plaintiff is Michael Farley.**          **unknown**

| | | |
|---|---|---|
| 34. | **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims** | |

☐ No

☑ Yes. Describe each claim. ..............

**Amy Corpus, dba Kalos Specialized Services, Kalos Specialized Services Inc, v. Yvonne Rivas, James Rivas. Rivas were former employees who gave false statements of Debtor and her business.**          **unknown**

| | | |
|---|---|---|
| 35. | **Any financial assets you did not already list** | |

☑ No

☐ Yes. Give specific information. ........

Debtor  **Corpus, Amy Anne**                    Case number *(if known)* _____

---

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
     **for Part 4. Write that number here** ....................................................................................    ➡    | $33,183.29 |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37.  **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

> **Current value of the portion you own?** Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

☐ No
☑ Yes. Describe. .........    [                                    ]    $680,000.00

39.  **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe. .........    [ Cubicles, supplies, decor for the office. ]    $1,000.00

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes. Describe. .........    [ Desktop Computers, phones, TV. ]    $1,000.00

41.  **Inventory**

☐ No
☑ Yes. Describe. .........    [ Paper Products ]    $200.00

42.  **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe .......

Name of entity:                         % of ownership:

_____    _____    _____

_____    _____    _____

_____    _____    _____

Debtor __**Corpus, Amy Anne**_____     Case number *(if known)* _____

---

43.  **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

    ☐ No

    ☐ Yes. Describe. .........

44.  **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
    information .........

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ...........................................................................................................  ➡  **$682,200.00**

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. **If you own or have an interest in farmland, list it in Part 1.** |
| --- | --- |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

47.  **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................

48.  **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
    information. ............

Debtor **Corpus, Amy Anne**      Case number *(if known)* _____

---

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

  ☑ No

  ☐ Yes .........................     _____

50. **Farm and fishing supplies, chemicals, and feed**

  ☑ No

  ☐ Yes .........................     _____

51. **Any farm- and commercial fishing-related property you did not already list**

  ☑ No

  ☐ Yes. Give specific information. ............     _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................... ➡ | **$0.00** |

---

### Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

  *Examples:* Season tickets, country club membership

  ☑ No

  ☐ Yes. Give specific information. ............

    _____
    _____
    _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................... ➡ | **$0.00** |

---

### Part 8:   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** .................................................................................... ➡ | **$849,000.00** |

56. **Part 2: Total vehicles, line 5**      $198,145.00

57. **Part 3: Total personal and household items, line 15**    $8,420.00

58. **Part 4: Total financial assets, line 36**    $33,183.29

59. **Part 5: Total business-related property, line 45**    $682,200.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00

61. **Part 7: Total other property not listed, line 54**   +   $0.00

62. **Total personal property. Add lines 56 through 61.** ............... | **$921,948.29** |   Copy personal property total ➡ | + **$921,948.29** |

---

Debtor  **Corpus, Amy Anne** _____          Case number *(if known)* _____

| | | |
|---|---|---|
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ................................................................................. | **$1,770,948.29** |

Fill in this information to identify your case:

| Debtor 1 | Amy | Anne | Corpus |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **California**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **38023 Pine Meadow Lane Oakhurst, CA 93644** | **$849,000.00** | | |
| | | ☑ **$416,000.00** | **C.C.P. § 704.730** |
| Line from *Schedule A/B:* **1.1** | | ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☑ No
      ☐ Yes

Debtor 1 ___Amy_____ ___Anne_____ ___Corpus_____
         First Name    Middle Name    Last Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2023 Chevrolet Tahoe RST**<br>**VIN: 1GNSKRKD4PR277125**<br>**Good Condition.**<br><br>Line from *Schedule A/B*: **3.1** | **$57,915.00** | ☑ **$5,047.88**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.010** |
| Brief description: **2003 Harley-Davidson Sportster 883 Custom Anniv**<br>**VIN: 1HD4CJM5X3K453540**<br>**Poor condition, only in parts, not put-together.**<br><br>Line from *Schedule A/B*: **3.5** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.010** |
| Brief description: **2019 Can-Am Outlander 650 Quad, with 80 hours.**<br>**VIN: 3JBLKAJ28KJ000006 Off Highway. Fair Condition.**<br><br>Line from *Schedule A/B*: **4.1** | **$4,380.00** | ☑ **$1,952.12**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.010** |

| Debtor 1 | **Amy** | **Anne** | **Corpus** | | Case number *(if known)* | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Sofa, 2 recliners, coffee table, 2 end tables, lamps, rug, stove, refrigerator, dishwasher, trash compactor, microwave oven, small appliances, pots, pans, dishes, glassware, flatware, table, chairs, 2 beds, 2 dressers, chest, 3 night stands, bathroom supplies, washer, dryer, vacuum cleaner, garden tools, electric tools, and lawn mower.**<br><br>Line from *Schedule A/B:* **6** | $3,910.00 | ☑ $3,910.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: **3 TV's, tablet**<br><br>Line from *Schedule A/B:* **7** | $410.00 | ☑ $410.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: **Books**<br><br>Line from *Schedule A/B:* **8** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: **Total of three, 9mm.**<br><br>Line from *Schedule A/B:* **10** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: **Work and everyday clothing.**<br><br>Line from *Schedule A/B:* **11** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Brief description: **Wedding bands, bracelets, and assorted jewelry.**<br><br>Line from *Schedule A/B:* **12** | $2,500.00 | ☑ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |

| Debtor 1 | Amy | Anne | Corpus | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Cash**<br><br>Line from *Schedule A/B:* **16** | **$120.00** | ☑ **$90.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$30.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070(b)(2)**<br><br><br>**C.C.P. § 704.225**<br><br><br>**C.C.P. § 704.220**<br><br><br>**C.C.P. § 704.020** |
| Brief description: **Golden 1 Credit Union, 09.**<br>**Checking account**<br>**Acct. No.: 2535**<br><br>Line from *Schedule A/B:* **17** | **$2,896.84** | ☑ **$2,172.63**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$724.21**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070(b)(2)**<br><br><br>**C.C.P. § 704.225**<br><br><br>**C.C.P. § 704.220**<br><br><br>**C.C.P. § 704.020** |
| Brief description: **Golden 1 Credit Union, 00.**<br>**Savings account**<br>**Acct. No.: 2535**<br><br>Line from *Schedule A/B:* **17** | **$264.50** | ☑ **$198.37**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$66.13**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070(b)(2)**<br><br><br>**C.C.P. § 704.225**<br><br><br>**C.C.P. § 704.220**<br><br><br>**C.C.P. § 704.020** |

| Debtor 1 | Amy | Anne | Corpus | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Bank of America.**<br>**Checking account**<br>Acct. No.: 6451<br><br>Line from *Schedule A/B*: **17** | **$17.30** | ☑ **$12.97**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$4.33**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070(b)(2)**<br><br>**C.C.P. § 704.225**<br><br>**C.C.P. § 704.220** |
| Brief description: **Bank of America, used for business.**<br>**Checking account**<br>Acct. No.: 9050<br><br>Line from *Schedule A/B*: **17** | **$1,547.64** | ☑ **$1,160.73**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$386.91**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070(b)(2)**<br><br>**C.C.P. § 704.225**<br><br>**C.C.P. § 704.220**<br><br>**C.C.P. § 704.020** |
| Brief description: **Bank of America, used for business.**<br>**Checking account**<br>Acct. No.: 9089<br><br>Line from *Schedule A/B*: **17** | **$2.82** | ☑ **$2.11**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$0.71**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br><br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070(b)(2)**<br><br>**C.C.P. § 704.225**<br><br>**C.C.P. § 704.220**<br><br>**C.C.P. § 704.020** |

| Debtor 1 | Amy | Anne | Corpus | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:**    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Bank of America, used for business.** **Checking account** Acct. No.: 0899<br><br>Line from *Schedule A/B:* **17** | $4.49 | ☑ **$3.36**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$1.13**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070(b)(2)**<br><br>**C.C.P. § 704.225**<br><br>**C.C.P. § 704.220**<br><br>**C.C.P. § 704.020** |
| Brief description: **First Fresno Bank, used for business.** **Checking account** Acct. No.: 5218<br><br>Line from *Schedule A/B:* **17** | $2,224.69 | ☑ **$1,668.51**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$556.18**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070(b)(2)**<br><br>**C.C.P. § 704.225**<br><br>**C.C.P. § 704.220**<br><br>**C.C.P. § 704.020** |
| Brief description: **First Fresno Bank, used for business.** **Checking account** Acct. No.: 5226<br><br>Line from *Schedule A/B:* **17** | $1,636.12 | ☑ **$1,227.09**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$409.03**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070(b)(2)**<br><br>**C.C.P. § 704.225**<br><br>**C.C.P. § 704.220**<br><br>**C.C.P. § 704.020** |

Debtor 1    **Amy**           **Anne**           **Corpus**                    Case number *(if known)* _____
            First Name        Middle Name        Last Name

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **AppleCash.**<br>**Other financial account**<br><br>Line from *Schedule A/B:* **17** | **$161.67** | ☑ **$121.25**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$40.42**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070(b)(2)**<br><br>**C.C.P. § 704.225**<br><br>**C.C.P. § 704.220**<br><br>**C.C.P. § 704.020** |
| Brief description: **SESLOC Credit Union, Checking ID0080.**<br>**Checking account**<br>**Acct. No.: 0911**<br><br>Line from *Schedule A/B:* **17** | **$395.03** | ☑ **$296.27**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$98.76**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070(b)(2)**<br><br>**C.C.P. § 704.225**<br><br>**C.C.P. § 704.220**<br><br>**C.C.P. § 704.020** |
| Brief description: **SESLOC Credit Union, S1 Primary Share ID0001.**<br>**Savings account**<br>**Acct. No.: 0911**<br><br>Line from *Schedule A/B:* **17** | **$110.69** | ☑ **$83.01**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$27.68**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.070(b)(2)**<br><br>**C.C.P. § 704.225**<br><br>**C.C.P. § 704.220**<br><br>**C.C.P. § 704.020** |

Debtor 1    **Amy**      **Anne**      **Corpus**      Case number *(if known)* _____

       First Name        Middle Name        Last Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: **Debtor has security deposit ($1,539) for business lease with Reza Shakeri.**<br>**Prepaid rent**<br><br>Line from *Schedule A/B:* **22** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.060(a)(1)** |
| Brief description: **Individual Variable Life Insurance through Farmers Insurance policy number ending in 3522V. Loan amount available: $ Accumulation value: $ Loan outstanding balance $27,652.76. Surrender Value $22,509.**<br><br>Line from *Schedule A/B:* **31** | **$22,509.00** | ☑ **$22,509.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.100(a)** |
| Brief description: **Individual Variable Life Insurance through Farmers Insurance policy number ending in 7942V. Loan amount available: $ Accumulation value: $ Loan outstanding balance $54,625.94. Surrender Value $1,292.50.**<br><br>Line from *Schedule A/B:* **31** | **$1,292.50** | ☑ **$1,292.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.100(a)** |
| Brief description: **Cubicles, supplies, decor for the office.**<br><br>Line from *Schedule A/B:* **39** | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.060(a)(1)** |

Debtor 1　　__Amy__　　　　　__Anne__　　　　　__Corpus__　　　　　　Case number *(if known)*　_____

　　　　　　　First Name　　　　Middle Name　　　　Last Name

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: __Desktop Computers, phones, TV.__<br><br>Line from *Schedule A/B*: __40.1__ | __$1,000.00__ | ☑ __$1,000.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | __C.C.P. § 704.060(a)(1)__ |
| Brief description: __Paper Products__<br><br>Line from *Schedule A/B*: __41__ | __$200.00__ | ☑ __$200.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | __C.C.P. § 704.060(a)(1)__ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Amy** | **Anne** | **Corpus** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: ____**Eastern**____ District of ____**California**____

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

**2.1**  **Alternative Ways, LLC**

Creditor's Name

**5277 N First St**

Number          Street

**Fresno, CA 93710**

City          State          ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred    **7/2024**

**Remarks:** UCC filed 9/11/2024

**Describe the property that secures the claim:**

**Accounts receivable**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    **Business Debt.**

Last 4 digits of account number    ___ ___ ___ ___

| | $448,000.00 | $680,000.00 | $0.00 |
|---|---|---|---|

| Add the dollar value of your entries in Column A on this page. Write that number here: | $448,000.00 | |
|---|---|---|

| Debtor 1 | Amy | Anne | Corpus | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | **Additional Page** | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

**2.2** Chase Auto Finance

Creditor's Name

PO Box 650351

Number    Street

Dallas, TX 75265-0351

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred   **9/26/2024**

**Describe the property that secures the claim:**    **$96,111.23**    **$90,000.00**    **$6,111.23**

**2024 Land Rover Range Rover P400 SE Sport**
Excellent condition.

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   **4   0   1   8**

**2.3** Chrysler Capital

Creditor's Name

Attn: Bankruptcy Department

PO Box 961278

Number    Street

Fort Worth, TX 76161-1278

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred

**Describe the property that secures the claim:**    **$4,863.00**    **$0.00**    **$4,863.00**

**2021 Jeep Grand Cherokee Limited**
aka Chrysler. Good Condition.

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   **3   1   2   5**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$100,974.23** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ |

Debtor 1    **Amy**      **Anne**      **Corpus**

First Name     Middle Name     Last Name

Case number *(if known)* _____

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Do not deduct the value of collateral. | | If any |

**2.4**   **Golden1 Credit Union**

Creditor's Name

**PO Box 15966**

Number     Street

**Sacramento, CA 95852**

City     State     ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred   **03/24/2023**

Describe the property that secures the claim:     **$52,867.12**     **$57,915.00**     **$0.00**

**2023 Chevrolet Tahoe RST**

**Good Condition.**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.

- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   **3**   **5**   **0**   **1**

---

**2.5**   **Huntington**

Creditor's Name

**PO Box 182387**

Number     Street

**Columbus, OH 43218**

City     State     ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred   _____

Describe the property that secures the claim:     **$189,414.06**     **$849,000.00**     **$0.00**

**38023 Pine Meadow Lane Oakhurst, CA 93644**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.

- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   **9**   **5**   **8**   **3**

---

Add the dollar value of your entries in Column A on this page. Write that number here:     **$242,281.18**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:     _____

Debtor 1    **Amy**              **Anne**              **Corpus**                    Case number *(if known)* _____

First Name          Middle Name          Last Name

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **Part 1:** | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |

| 2.6 | **PHH Mortgage Services** | Describe the property that secures the claim: | **$342,884.00** | **$849,000.00** | **$0.00** |

Creditor's Name

**PO Box 94087**

| 38023 Pine Meadow Lane Oakhurst, CA 93644 |

Number        Street

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Palatine, IL 60094-4087**

City          State        ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred** _____        **Last 4 digits of account number**    **6    3    0    4**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$342,884.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages.<br>Write that number here: | **$1,134,139.41** |

| Debtor 1 | **Amy** | **Anne** | **Corpus** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

**1.** Alternative Ways, LLC
Name

2491 W Shaw Ave, Ste 105
Number       Street

Fresno, CA 93711
City       State      ZIP Code

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number  ___ ___ ___ ___

---

**2.** Land Rover Financial Group
Name

PO Box 78074
Number       Street

Phoenix, AZ 85062-8058
City       State      ZIP Code

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number  ___ ___ ___ ___

---

**3.** Chrysler Capital
Name

PO Box 961272
Number       Street

Fort Worth, TX 76161
City       State      ZIP Code

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number  ___ ___ ___ ___

---

**4.** Golden1 Credit Union
Name

P.O. Box 279740
Number       Street

Sacramento, CA 95827
City       State      ZIP Code

On which line in Part 1 did you enter the creditor? **2.4**

Last 4 digits of account number  ___ ___ ___ ___

---

**5.** Huntington Mortgage
Name

7575 Hunting Park Dr
Number       Street

Columbus, OH 43235
City       State      ZIP Code

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number  ___ ___ ___ ___

---

**6.** Huntington
Name

PO Box 1558
Number       Street

Columbus, OH 43216
City       State      ZIP Code

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor 1    **Amy**          **Anne**          **Corpus**
_____    Case number *(if known)* _____
            First Name       Middle Name       Last Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed - Additional Page |

| 7 | **Newrez c/o PHH Mortgage Services** | On which line in Part 1 did you enter the creditor? **2.6** |
| | Name | |
| | **PO Box 5452** | Last 4 digits of account number ___ ___ ___ ___ |
| | Number          Street | |
| | **Mount Laurel, NJ 08054-6452** | |
| | City          State          ZIP Code | |

Fill in this information to identify your case:

| Debtor 1 | **Amy** | **Anne** | **Corpus** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **California**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Franchise Tax Board** | Last 4 digits of account number ___ ___ ___ ___ | $1,639.00 | $0.00 | $1,639.00 |
| Priority Creditor's Name | | | | |
| **Bankruptcy Section MS A-340** | When was the debt incurred? _____ | | | |
| **PO Box 2952** | | | | |
| Number          Street | As of the date you file, the claim is: Check all that apply. | | | |
| **Sacramento, CA 95812-2952** | ☑ Contingent | | | |
| City          State          ZIP Code | ☑ Unliquidated | | | |
| **Who incurred the debt?** Check one. | ☑ Disputed | | | |
| ☑ Debtor 1 only | | | | |
| ☐ Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Domestic support obligations | | | |
| ☐ At least one of the debtors and another | ☑ Taxes and certain other debts you owe the government | | | |
| ☐ **Check if this claim is for a community debt** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ☐ Other. Specify _____ | | | |
| **Is the claim subject to offset?** | | | | |
| ☑ No | | | | |
| ☐ Yes | | | | |

**Remarks:** 2023 taxes. Debtor is unsure of this correct amount for this debt.

| Debtor 1 | Amy | Anne | Corpus | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2** **Internal Revenue Service** | $38,877.05 | $38,877.05 | $0.00

Priority Creditor's Name

**PO Box 7346**

Number　Street

**Philadelphia, PA 19101-7346**

City　State　ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** 2019 Taxes. Debtor is unsure of this correct amount for this debt.

**2.3** **Internal Revenue Service** | $133,459.53 | $133,459.53 | $0.00

Priority Creditor's Name

**Bankruptcy Specialist: Larry Rackley**

**55 South Market Street, M.S. 5420, M/S Insolvency**

Number　Street

**San Jose, CA 95113-2397**

City　State　ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** 2020 Taxes. Debtor is unsure of this correct amount for this debt.

Debtor 1    **Amy**      **Anne**      **Corpus**      Case number *(if known)* _____

         First Name        Middle Name       Last Name

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** | | | | |
|---|---|---|---|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|---|

**2.4**   **Internal Revenue Service**

Priority Creditor's Name

**PO Box 7346**

Number      Street

**Philadelphia, PA 19101-7346**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Total claim** $49,427.37   **Priority amount** $49,427.37   **Nonpriority amount** $0.00

**Remarks:** 2021 Taxes. Debtor is unsure of this correct amount for this debt.

**2.5**   **Internal Revenue Service**

Priority Creditor's Name

**PO Box 7346**

Number      Street

**Philadelphia, PA 19101-7346**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

**Total claim** $42,344.74   **Priority amount** $42,344.74   **Nonpriority amount** $0.00

**Remarks:** 2022 Taxes. Debtor is unsure of this correct amount for this debt.

Debtor 1   **Amy**          **Anne**           **Corpus**            Case number *(if known)* _____
          First Name      Middle Name      Last Name

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** | | | |

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|

**2.6  Internal Revenue Service**            Last 4 digits of account number  ___ ___ ___ ___    **$16,223.00**   **$16,223.00**   **$0.00**
Priority Creditor's Name

**PO Box 7346**                              **When was the debt incurred?**   _____
Number     Street

**Philadelphia, PA 19101-7346**             **As of the date you file, the claim is:** Check all that apply.
City       State     ZIP Code              ☑ Contingent
                                           ☑ Unliquidated
**Who incurred the debt?** Check one.       ☑ Disputed
☑ Debtor 1 only
☐ Debtor 2 only                            **Type of PRIORITY unsecured claim:**
☐ Debtor 1 and Debtor 2 only               ☐ Domestic support obligations
☐ At least one of the debtors and          ☑ Taxes and certain other debts you owe the government
   another                                 ☐ Claims for death or personal injury while you were intoxicated
☐ **Check if this claim is for a**          ☐ Other. Specify _____
   **community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** 2023 Taxes. Debtor is unsure of this correct amount for this debt.

**2.7  Internal Revenue Service**            Last 4 digits of account number  ___ ___ ___ ___    **$159,120.07**   **$159,120.07**   **$0.00**
Priority Creditor's Name

**PO Box 7346**                              **When was the debt incurred?**   _____
Number     Street

**Philadelphia, PA 19101-7346**             **As of the date you file, the claim is:** Check all that apply.
City       State     ZIP Code              ☑ Contingent
                                           ☑ Unliquidated
**Who incurred the debt?** Check one.       ☑ Disputed
☐ Debtor 1 only
☐ Debtor 2 only                            **Type of PRIORITY unsecured claim:**
☐ Debtor 1 and Debtor 2 only               ☐ Domestic support obligations
☑ At least one of the debtors and          ☑ Taxes and certain other debts you owe the government
   another                                 ☐ Claims for death or personal injury while you were intoxicated
☐ **Check if this claim is for a**          ☐ Other. Specify _____
   **community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** 2019 business taxes. Debtor is unsure of this correct amount for this debt.

Debtor 1     **Amy**              **Anne**              **Corpus**          Case number *(if known)* _____
            First Name          Middle Name          Last Name

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.8** **Internal Revenue Service**                Last 4 digits of account number    ___ ___ ___ ___    **$429,044.91**    **$429,044.91**    **$0.00**

Priority Creditor's Name

**PO Box 7346**                          When was the debt incurred?    _____

Number     Street

**Philadelphia, PA 19101-7346**          **As of the date you file, the claim is:** Check all that apply.

City          State        ZIP Code
                                        ☑ Contingent
**Who incurred the debt?** Check one.      ☑ Unliquidated
                                        ☑ Disputed
☑ Debtor 1 only
☐ Debtor 2 only                         **Type of PRIORITY unsecured claim:**
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and        ☐ Domestic support obligations
    another                              ☑ Taxes and certain other debts you owe the government
☐ **Check if this claim is for a**        ☐ Claims for death or personal injury while you were intoxicated
    **community debt**                    ☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** 2020 taxes. Debtor is unsure of this correct amount for this debt.

Official Form 106E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page _5_ of _24_

Debtor 1　　**Amy**　　　　　　**Anne**　　　　　**Corpus**　　　　　　Case number *(if known)* _____

　　　　　　First Name　　　　　Middle Name　　　　Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total claim**

**4.1** **ADT**　　　　　　　　　　　　Last 4 digits of account number　 **2**　**5**　**5**　**8**　　**$160.00**

Nonpriority Creditor's Name

**PO Box 371878**　　　　　　　　　When was the debt incurred?　_____

Number　　　　Street

　　　　　　　　　　　　　　　　　As of the date you file, the claim is: Check all that apply.

**Pittsburgh, PA 15250**　　　　　☐ Contingent

City　　　　State　　　　ZIP Code　☐ Unliquidated

**Who incurred the debt?** Check one.　☐ Disputed

☐ Debtor 1 only

☐ Debtor 2 only　　　　　　　　　**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only　　　☐ Student loans

☑ At least one of the debtors and another　☐ Obligations arising out of a separation agreement or divorce that you did not report as

☐ Check if this claim is for a community debt　　priority claims

　　　　　　　　　　　　　　　　☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**　　☑ Other. Specify　**Business Debt.**

☑ No

☐ Yes

**4.2** **Apple Card - GS Bank USA**　　Last 4 digits of account number　 **7**　**7**　**9**　**9**　　**$7,670.00**

Nonpriority Creditor's Name

**Lockbox 6112**　　　　　　　　　When was the debt incurred?　_____

**PO Box 7247**

Number　　　　Street　　　　　　As of the date you file, the claim is: Check all that apply.

**Philadelphia, PA 19170**　　　　☐ Contingent

City　　　　State　　　　ZIP Code　☐ Unliquidated

**Who incurred the debt?** Check one.　☐ Disputed

☑ Debtor 1 only

☐ Debtor 2 only　　　　　　　　　**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only　　　☐ Student loans

☐ At least one of the debtors and another　☐ Obligations arising out of a separation agreement or divorce that you did not report as

☐ Check if this claim is for a community debt　　priority claims

　　　　　　　　　　　　　　　　☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**　　☑ Other. Specify　**Credit Card**

☑ No

☐ Yes

Debtor 1    **Amy**              **Anne**              **Corpus**          Case number *(if known)* _____
            First Name           Middle Name           Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          | Total claim |

---

**4.3**  **Bank of America**                                          Last 4 digits of account number    **7  6  7  1**          **$46,689.87**
Nonpriority Creditor's Name

**PO Box 982238**                                                     When was the debt incurred?        _____

Number          Street

As of the date you file, the claim is: Check all that apply.

**El Paso, TX 79998**                                                 ☐ Contingent
City            State          ZIP Code                               ☐ Unliquidated
                                                                      ☐ Disputed
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                                       Type of NONPRIORITY unsecured claim:
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                                          ☐ Student loans
☑ At least one of the debtors and another                             ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ **Check if this claim is for a community debt**                        priority claims
                                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**                                   ☑ Other. Specify   **Credit Card**

☑ No
☐ Yes

---

**4.4**  **Bank of America**                                          Last 4 digits of account number    **0  3  6  8**          **$325.96**
Nonpriority Creditor's Name

**Nc4-105-03-14**                                                     When was the debt incurred?        _____

**Po Box 26012**

Number          Street                                               As of the date you file, the claim is: Check all that apply.

**Greensboro, NC 27420-6012**                                         ☐ Contingent
City            State          ZIP Code                               ☐ Unliquidated
                                                                      ☐ Disputed
**Who incurred the debt?** Check one.

☑ Debtor 1 only                                                       Type of NONPRIORITY unsecured claim:
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                                          ☐ Student loans
☐ At least one of the debtors and another                             ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☑ **Check if this claim is for a community debt**                        priority claims
                                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**                                   ☑ Other. Specify   **Credit Card**

☑ No
☐ Yes

---

Debtor 1  **Amy**              **Anne**              **Corpus**              Case number *(if known)* _____
          First Name          Middle Name          Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

### 4.5 Best Buy/CBNA

Nonpriority Creditor's Name

**PO Box 6497**

Number          Street

**Sioux Falls, SD 57117**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3   7   0   0**          **$524.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

### 4.6 Capital One

Nonpriority Creditor's Name

**PO Box 31293**

Number          Street

**Salt Lake City, UT 84131**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **8   4   1   7**          **$11,433.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

Debtor 1   **Amy**            **Anne**              **Corpus**        Case number *(if known)* _____

          First Name        Middle Name           Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.7   CBNA

Nonpriority Creditor's Name

**PO Box 6217**

Number          Street

**Sioux Falls, SD 57117**

City            State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$2,010.00**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

### 4.8   Chase Card Services - JPMCB

Nonpriority Creditor's Name

**PO Box 15369**

Number          Street

**Wilmington, DE 19850**

City            State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   0  6  0  2          $8,175.35

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card, Amazon**

Debtor 1    **Amy**            **Anne**          **Corpus**          Case number *(if known)* _____
            First Name         Middle Name       Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.9**    **Comcast**

Nonpriority Creditor's Name

**PO Box 60533**

Number      Street

**City of Industry, CA 91716-0533**

City      State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **8**   **5**   **7**   **2**      **$476.90**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Business Debt.**

---

**4.10**    **Comcast Business Services**

Nonpriority Creditor's Name

**9601 East Panorama Circle**

Number      Street

**Englewood, CO 80112**

City      State      ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **2**   **3**   **8**   **4**      **$552.64**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Business Debt.**

---

Debtor 1   **Amy**              **Anne**              **Corpus**                    Case number *(if known)* _____
     First Name       Middle Name       Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.11**   **Credit One Bank**

Nonpriority Creditor's Name

**PO Box 98875**

Number      Street

**Las Vegas, NV 89193**

City      State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **2**   **3**   **7**   **5**      **$1,620.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

**4.12**   **First Premier**

Nonpriority Creditor's Name

**601 S Minnesota Ave**

Number      Street

**Sioux Falls, SD 57104**

City      State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **0**   **5**   **1**   **5**      **$286.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

| Debtor 1 | **Amy** | **Anne** | **Corpus** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

**4.13** **Golden1 Credit Union**
Nonpriority Creditor's Name

**ATTN: POSTING**

**PO Box 15318**
Number          Street

**Sacramento, CA 95851-0318**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **8  3  0  0**          **$9,773.41**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

**4.14** **Leslie Slover**
Nonpriority Creditor's Name

**c/o Hogue & Belong**

**170 Laurel St**
Number          Street

**San Diego, CA 92101**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___          **unknown**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Case No. 24CECG03529**

Debtor 1    **Amy**      **Anne**      **Corpus**      Case number *(if known)* _____

First Name      Middle Name      Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.15**   **Lily Ortiz**

Nonpriority Creditor's Name

**c/o Hogue & Belong**

**170 Laurel St**

Number      Street

**San Diego, CA 92101**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Case No. 24CECG03529**

---

**4.16**   **Moramax**

Nonpriority Creditor's Name

**1265 W Shaw Ave, Ste 108**

Number      Street

**Fresno, CA 93711**

City      State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Accounting and payroll services.

Last 4 digits of account number ___ ___ ___ ___      **$3,300.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt.**

---

Debtor 1    **Amy**              **Anne**              **Corpus**              Case number *(if known)* _____
             First Name          Middle Name           Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |

| 4.17 | **PG&E** | Last 4 digits of account number    **4** **8** **7** **8** | **$64.00** |

Nonpriority Creditor's Name

**PO Box 997300**

Number            Street                                          When was the debt incurred?    _____

**Sacramento, CA 95899-7300**

City               State              ZIP Code                   **As of the date you file, the claim is:** Check all that apply.

**Who incurred the debt?** Check one.                            ☐ Contingent
☐ Debtor 1 only                                                  ☐ Unliquidated
☐ Debtor 2 only                                                  ☐ Disputed
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another                        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**                ☐ Student loans
                                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not report as
**Is the claim subject to offset?**                                 priority claims
☑ No                                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                            ☑ Other. Specify   **Collection Agency**

| 4.18 | **PG&E** | Last 4 digits of account number    **4** **2** **7** **3** | **$549.00** |

Nonpriority Creditor's Name

**4101 Wible Rd**

Number            Street                                          When was the debt incurred?    _____

**Bakersfield, CA 93313**

City               State              ZIP Code                   **As of the date you file, the claim is:** Check all that apply.

**Who incurred the debt?** Check one.                            ☐ Contingent
☐ Debtor 1 only                                                  ☐ Unliquidated
☐ Debtor 2 only                                                  ☐ Disputed
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another                        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**                ☐ Student loans
                                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not report as
**Is the claim subject to offset?**                                 priority claims
☑ No                                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                            ☑ Other. Specify   **Business Debt.**

| Debtor 1 | **Amy** | **Anne** | **Corpus** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.19**  **SESLOC Credit Union**

Nonpriority Creditor's Name

**3855 Broad St**

Number     Street

**San Luis Obispo, CA 93401**

City     State     ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number   **3**   **8**   **5**   **8**     **$8,559.00**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Card** _____

---

**4.20**  **Syncb/Amazon**

Nonpriority Creditor's Name

**PO Box 965015**

Number     Street

**Orlando, FL 32896**

City     State     ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number   **3**   **4**   **0**   **6**     **$1,203.00**

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Card** _____

---

Debtor 1    **Amy**            **Anne**              **Corpus**              Case number *(if known)* _____

            First Name        Middle Name           Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.21**    **SYNCB/Care Credit**                              Last 4 digits of account number    **2   3   7   5**           **$1,722.83**

Nonpriority Creditor's Name

**PO Box 965036**                                             When was the debt incurred?     _____

Number            Street

                                                             As of the date you file, the claim is: Check all that apply.

**Orlando, FL 32896**                                        ☐ Contingent

City              State             ZIP Code                 ☐ Unliquidated

**Who incurred the debt?** Check one.                        ☐ Disputed

☑ Debtor 1 only

☐ Debtor 2 only                                              **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only                                 ☐ Student loans

☐ At least one of the debtors and another                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ **Check if this claim is for a community debt**            ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**                          ☑ Other. Specify   **Credit Card** _____

☑ No

☐ Yes

---

**4.22**    **Syncb/Old Navy**                                Last 4 digits of account number    ___ ___ ___ ___          **$50.00**

Nonpriority Creditor's Name

**4125 Windward Plaza**                                       When was the debt incurred?     _____

Number            Street

                                                             As of the date you file, the claim is: Check all that apply.

**Alpharetta, GA 30005**                                     ☐ Contingent

City              State             ZIP Code                 ☐ Unliquidated

**Who incurred the debt?** Check one.                        ☐ Disputed

☑ Debtor 1 only

☐ Debtor 2 only                                              **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only                                 ☐ Student loans

☐ At least one of the debtors and another                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ **Check if this claim is for a community debt**            ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**                          ☑ Other. Specify   **Credit Card** _____

☑ No

☐ Yes

Debtor 1　　**Amy**　　　　　**Anne**　　　　　**Corpus**　　　　　Case number *(if known)* _____

　　　　　First Name　　　　Middle Name　　　　Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.　　　　　　　　**Total claim**

---

**4.23**　**SYNCB/TJX COS**

Nonpriority Creditor's Name

**PO Box 965015**

Number　　　　Street

**Orlando, FL 32896**

City　　　　　State　　　　ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number　　**4　1　4　1**　　　　$2,309.00

**When was the debt incurred?**　　_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify　**Credit Card**　_____

---

**4.24**　**The Home Depot/CitiBank**

Nonpriority Creditor's Name

**PO Box 6497**

Number　　　　Street

**Sioux Falls, SD 57117**

City　　　　　State　　　　ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number　　**2　9　9　1**　　　　$2,384.00

**When was the debt incurred?**　　_____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify　**Credit Card**　_____

---

Debtor 1    **Amy**              **Anne**              **Corpus**              Case number *(if known)* _____
            First Name          Middle Name          Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

| 4.25 | **The Law Offices of Gregory J. Smith** | Last 4 digits of account number     **4    8    1    2** | $62,853.61 |
|---|---|---|---|

Nonpriority Creditor's Name

**516 W Shaw Ave, Ste 200**

Number          Street                                      When was the debt incurred?    _____

**Fresno, CA 93704**

City                State          ZIP Code          As of the date you file, the claim is: Check all that apply.

**Who incurred the debt?** Check one.                    ☐ Contingent
☐ Debtor 1 only                                          ☐ Unliquidated
☐ Debtor 2 only                                          ☐ Disputed
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**        ☐ Student loans
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ No                                                     ☑ Other. Specify _____
☐ Yes

| 4.26 | **Tractor Supply Credit Plan** | Last 4 digits of account number     **9    7    6    9** | $1,265.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 78014**

Number          Street                                      When was the debt incurred?    _____

**Phoenix, AZ 85062-8014**

City                State          ZIP Code          As of the date you file, the claim is: Check all that apply.

**Who incurred the debt?** Check one.                    ☐ Contingent
☑ Debtor 1 only                                          ☐ Unliquidated
☐ Debtor 2 only                                          ☐ Disputed
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**        ☐ Student loans
                                                         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**                      ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ No                                                     ☑ Other. Specify  **Credit Card**
☐ Yes

Debtor 1　　**Amy**　　　　**Anne**　　　　**Corpus**　　　Case number *(if known)* _____
　　　　　　　First Name　　Middle Name　　Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.　　　　**Total claim**

---

**4.27** | **Yvonne & James Rivas**

Nonpriority Creditor's Name

**4812 E Grant Ave**

Number　　　　　Street

**Fresno, CA 93727**

City　　　　　　State　　　　　ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**　___ ___ ___ ___　　**unknown**

**When was the debt incurred?**　_____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify　**Case No. 23CECG05199**

Debtor 1  **Amy**              **Anne**              **Corpus**           Case number *(if known)* _____
          First Name        Middle Name       Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

**1**  **United States Department of Justice**
Name

**Civil Trial Section Western Region**

**Box 683 Ben Franklin Station**
Number        Street

**Washington, DC 20044**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.2** of *(Check one):*
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

---

**2**  **United States Attorney**
Name

**(For Internal Revenue Service)**

**2500 Tulare Street, Suite 4401**
Number        Street

**Fresno, CA 93721**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.2** of *(Check one):*
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

---

**3**  **Business Card**
Name

**PO Box 15796**
Number        Street


**Wilmington, DE 19886-5796**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

---

**4**  **Best Buy/CBNA**
Name

**5800 South Corporate Place**
Number        Street


**Sioux Falls, SD 57108**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.5** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

---

**5**  **Capital One**
Name

**Attn: Bankruptcy**

**PO Box 30285**
Number        Street

**Salt Lake City, UT 84130**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.6** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

---

**6**  **Capital One**
Name

**PO Box 71087**
Number        Street


**Charlotte, NC 28272-9904**
City                    State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.6** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     ___ ___ ___ ___

---

| Debtor 1 | **Amy** | **Anne** | **Corpus** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
|---|---|

---

**7** **Cardmember Service**
Name

**PO Box 6294**
Number　　Street


**Carol Stream, IL 60197-6294**
City　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.8** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**8** **Chase Card Services - JPMCB**
Name

**PO Box 15123**
Number　　Street


**Wilmington, DE 19850-5123**
City　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.8** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**9** **Credit One Bank**
Name

**P.O. Box 98873**
Number　　Street


**Las Vegas, NV 89193**
City　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.11** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**10** **First Premier Bank**
Name

**PO Box 5519**
Number　　Street


**Sioux Falls, SD 57117-5519**
City　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.12** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**11** **First Premier Bank**
Name

**PO Box 5529**
Number　　Street


**Sioux Falls, SD 57117-5529**
City　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.12** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**12** **First Premier Bank**
Name

**3820 N Louise Avenue**
Number　　Street


**Sioux Falls, SD 57107**
City　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.12** of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1    **Amy**          **Anne**          **Corpus**          Case number *(if known)* _____

First Name          Middle Name          Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |

**13** | **Rae-Anna Sollestre**

Name

**Hogue & Belong**

**170 Laurel St**

Number          Street

**San Diego, CA 92101**

City          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.14** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**14** | **Civil Rights Department**

Name

**2218 Kausen Dr, Ste 100**

Number          Street

**Elk Grove, CA 95758**

City          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.15** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**15** | **SESLOC Credit Union**

Name

**PO Box 5360**

Number          Street

**San Luis Obispo, CA 93403-5360**

City          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.19** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**16** | **SYNCB/Amazon PLCC**

Name

**PO Box 71737**

Number          Street

**Philadelphia, PA 19176**

City          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.20** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**17** | **Credit One Bank**

Name

**PO Box 98872**

Number          Street

**Las Vegas, NV 89193-8872**

City          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.21** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**18** | **TJX Rewards/SYNCB**

Name

**PO Box 669819**

Number          Street

**Dallas, TX 75266-0773**

City          State          ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.23** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1    **Amy**      **Anne**      **Corpus**      Case number *(if known)* _____

         First Name       Middle Name       Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed - Additional Page** |
| --- | --- |

**19.** **The Home Depot/CBNA**
Name

**5800 South Corporate Place**
Number     Street

**Sioux Falls, SD 57108**
City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.24** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**20.** **CBNA**
Name

**701 E 60th Street N**
Number     Street

**Sioux Falls, SD 57117**
City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.26** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**21.** **William C. Sung**
Name

**Justice For Workers, P.C.**

**3600 Wilshire Blvd, Ste 1815**
Number     Street

**Los Angeles, CA 90010**
City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.27** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**22.** **Jeffrey Scott Ranen**
Name

**Goliath Law**

**8605 Santa Monica Blvd, No 584066**
Number     Street

**West Hollywood, CA 90069**
City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.27** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

| Debtor 1 | **Amy** | **Anne** | **Corpus** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $870,135.67 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. $870,135.67 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $173,956.57 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. $173,956.57 |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Amy** | **Anne** | **Corpus** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:          **Eastern District of California**

Case number
(if known)  _____

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed in *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Mercedes Benz Financial**<br>Name<br>**PO Box 997542**<br>Number    Street<br>**Sacramento, CA 95899**<br>City          State     ZIP Code | **2023 Mercedes-Benz S500 with 15,600 miles (VIN W1K6G6DB4PA194627).Excellent Condition. Leased vehicle. Lease began February, 2023 and will end February, 2027. Vehicle is currently valued at $57,390. The buyout per the lease terms is $70,409, which debtor believes will be the fair market value at the conclusion of the lease. There is no value to the lease.**<br>**Contract to be ASSUMED** |
| 2.2 | **Philadelphia Insurance**<br>Name<br>**GL, ELPI**<br>**PO Box 70251**<br>Number    Street<br>**Philadelphia, PA 19176**<br>City          State     ZIP Code | **General liability insurance. ELPI.**<br>**Contract to be ASSUMED** |
| 2.3 | **PIE Insurance**<br>Name<br>**1755 Blake St, 5th Floor**<br>Number    Street<br>**Denver, CO 80202**<br>City          State     ZIP Code | **Workers Comp**<br>**Contract to be ASSUMED** |
| 2.4 | **Reza Shakeri aka DA Aquarius**<br>Name<br>**c/o Robert L. Jensen Associates**<br>**2160 N Fine Ave**<br>Number    Street<br>**Fresno, CA 93727** | **Business location lease for 5477 N Fresno St, Ste 104, Fresno CA 93710. Lease began July 1, 2022 and ends June 30, 2025.**<br>**Contract to be ASSUMED** |

| Debtor 1 | Amy | Anne | Corpus | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**▮ Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.5** **Xerox Financial Services** <br> Name <br> **201 Merritt 7** <br> Number    Street <br> **Norwalk, CT 06856** <br> City                State        ZIP Code | Lease for New Sharp BP-70C45 247160, with attachments with payment $1,381.92/month. UCC filed 10/12/2023. Contract to be: ASSUMED |
| **2._** <br> Name <br> Number    Street <br> City                State        ZIP Code | |
| **2._** <br> Name <br> Number    Street <br> City                State        ZIP Code | |
| **2._** <br> Name <br> Number    Street <br> City                State        ZIP Code | |
| **2._** <br> Name <br> Number    Street <br> City                State        ZIP Code | |
| **2._** <br> Name <br> Number    Street <br> City                State        ZIP Code | |
| **2._** <br> Name <br> Number    Street <br> City                State        ZIP Code | |
| **2._** <br> Name <br> Number    Street <br> City                State        ZIP Code | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Amy** | **Anne** | **Corpus** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Eastern**_____ District of ____**California**____

Case number
(if known) _____

☐ Check if this is an
　 amended filing

<u>Official Form 106H</u>

# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes. In which community state or territory did you live? _____**California**_____. Fill in the name and current address of that person.

   **Corpus, Kyle**
   Name of your spouse, former spouse, or legal equivalent

   **38023 Pine Meadow Lane**
   Number　　　　Street

   **Oakhurst, CA 93644**
   City　　　　State　　　　ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** **Corpus, Chelena** <br> Name <br><br> **2918 Laguna St** <br> Number　　Street <br><br> **San Francisco, CA 94123** <br> City　　State　　ZIP Code | ☑ Schedule D, line ___**2.3**___ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.2** **dba Kalos Specialized Services** <br> Name <br><br> **4420 N First St. Ste 115** <br> Number　　Street <br><br> **Fresno, CA 93726** <br> City　　State　　ZIP Code | ☑ Schedule D, line ___**2.1**___ <br> ☑ Schedule E/F, line _**4.1, 4.9, 4.10, 4.17, 4.18**_ <br> ☐ Schedule G, line _____ |

Debtor 1    **Amy**      **Anne**      **Corpus**

        First Name        Middle Name       Last Name

Case number *(if known)* _____

### Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.3**

**Kalos Specialized Services, Inc**
Name

**4420 N First St. Ste 115**
Number          Street

**Fresno, CA 93726**
City        State        ZIP Code

☐ Schedule D, line _____

☑ Schedule E/F, line **4.3, 2.7, 4.16, 4.26, 4.28**

☐ Schedule G, line _____

Official Form 106H        **Schedule H: Codebtors**        page **2** of **2**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Amy** | **Anne** | **Corpus** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Eastern District of California** | | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income                                              12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed ☐ Not Employed | ☑ Employed ☐ Not Employed |
| Occupation | **Owner** | |
| Employer's name | **dba Kalos Specialized Services** | **dba Kalos Specialized Services** |
| Employer's address | **4420 N First St. Ste 115** | **4420 N First St. Ste 115** |
| | Number Street | Number Street |
| | | |
| | | |
| | **Fresno, CA 93726** | **Fresno, CA 93726** |
| | City          State          Zip Code | City          State          Zip Code |
| How long employed there? | **1 month** | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | **$0.00** | **$3,931.84** |
| 3. | **Estimate and list monthly overtime pay.** | + **$0.00** | + **$0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | **$0.00** | **$3,931.84** |

| Debtor 1 | **Amy** | **Anne** | **Corpus** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here............................................➔ | 4. | $0.00 | $3,931.84 |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $243.76 |
| | 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $243.88 |
| | 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| | 5e. Insurance | 5e. | $0.00 | $0.00 |
| | 5f. Domestic support obligations | 5f. | $0.00 | $577.00 |
| | 5g. Union dues | 5g. | $0.00 | $0.00 |
| | 5h. Other deductions. Specify: C | 5h. + | $0.00 + | $0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | $1,064.64 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $0.00 | $2,867.20 |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $10,000.00 | $0.00 |
| | 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| | 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| | 8e. Social Security | 8e. | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| | 8h. Other monthly income. Specify: | 8h. + | $0.00 + | $0.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $10,000.00 | $0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $10,000.00 + | $2,867.20 = $12,867.20 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11. + $0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies     12. $12,867.20
**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
☐ No.
☑ Yes. Explain:
> Debtor has attached a recent profit and loss for Debtor's former corporation, which is the same business now being run as a sole proprietorship, but Debtor believes that net income going forward should be approximately $10,000 per month.
> Debtor and non-filing spouse have a pre-nuptial agreement providing that future income in the name of non-filing spouse is his separate property.

| Debtor 1 | **Amy** | **Anne** | **Corpus** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

8a. Attached Statement

## Business Income

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---:|
| 1. | Gross Monthly Income: | $12,000.00 |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---:|
| 2. | Ordinary and necessary expense | $0.00 |
| 3. | Net Employee Payroll (Other than debtor) | $0.00 |
| 4. | Payroll Taxes | $0.00 |
| 5. | Unemployment Taxes | $0.00 |
| 6. | Worker's Compensation | $0.00 |
| 7. | Other Taxes | $2,000.00 |
| 8. | Inventory Purchases (Including raw materials) | $0.00 |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | $0.00 |
| 10. | Rent (Other than debtor's principal residence) | $0.00 |
| 11. | Utilities | $0.00 |
| 12. | Office Expenses and Supplies | $0.00 |
| 13. | Repairs and Maintenance | $0.00 |
| 14. | Vehicle Expenses | $0.00 |
| 15. | Travel and Entertainment | $0.00 |
| 16. | Equipment Rental and Leases | $0.00 |
| 17. | Legal/Accounting/Other Professional Fees | $0.00 |
| 18. | Insurance | $0.00 |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | $0.00 |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | $0.00 |
| 21. | Other Expenses | |
| | TOTAL OTHER EXPENSES | $0.00 |
| 22. | TOTAL MONTHLY EXPENSES(Add item 2 - 21) | $2,000.00 |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---:|
| 23. | AVERAGE NET MONTHLY INCOME(Subtract item 22 from item 1) | $10,000.00 |

Filed 01/14/25
3:56 PM
12/26/24
Cash Basis

Case 25-10088

Doc 1

# Kalos Specialized Services, Inc.
## Profit & Loss
### May through November 2024

| | May 24 | Jun 24 | Jul 24 | Aug 24 | Sep 24 | Oct 24 | Nov 24 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | |
| **Income** | | | | | | | | |
| Income - CVRC | 501,950.08 | 511,765.31 | 475,146.65 | 494,700.69 | 491,001.90 | 555,420.95 | 600,065.37 | 3,630,050.95 |
| Income - Tri Counties | 80,468.56 | 79,656.32 | 79,757.29 | 79,465.08 | 80,350.02 | 80,879.54 | 80,860.05 | 561,436.86 |
| **Total Income** | 582,418.64 | 591,421.63 | 554,903.94 | 574,165.77 | 571,351.92 | 636,300.49 | 680,925.42 | 4,191,487.81 |
| **Cost of Goods Sold** | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | |
| Direct - Activities | 272.93 | 260.10 | 360.39 | 783.93 | 175.84 | 161.93 | 662.47 | 2,677.59 |
| Direct - Client Medical | 0.00 | 118.05 | 453.17 | 175.59 | 462.31 | 604.23 | -632.08 | 1,181.27 |
| Direct - Client Program Costs | 0.00 | 300.00 | 620.00 | 0.00 | 300.00 | 0.00 | 690.00 | 1,910.00 |
| Direct - Employee Labor | 393,033.83 | 394,202.93 | 390,239.03 | 413,813.21 | 417,487.50 | 458,504.54 | 460,735.86 | 2,928,016.90 |
| Direct - Medical | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 579.99 | 579.99 |
| Direct - Staff Stipend | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 538.74 | 538.74 |
| Direct - Supplies (Client) | 3,448.00 | 2,790.84 | 4,110.73 | 1,395.16 | 4,281.56 | 1,764.27 | 4,489.57 | 22,280.13 |
| **Total Cost of Goods Sold** | 396,754.76 | 397,671.92 | 395,783.32 | 416,167.89 | 422,707.21 | 461,034.97 | 467,064.55 | 2,957,184.62 |
| **Total COGS** | 396,754.76 | 397,671.92 | 395,783.32 | 416,167.89 | 422,707.21 | 461,034.97 | 467,064.55 | 2,957,184.62 |
| **Gross Profit** | 185,663.88 | 193,749.71 | 159,120.62 | 157,997.88 | 148,644.71 | 175,265.52 | 213,860.87 | 1,234,303.19 |
| **Expense** | | | | | | | | |
| **Advertising and Promotion** | | | | | | | | |
| Advert - Marketing | 806.39 | 659.25 | 963.57 | 319.62 | 118.86 | 130.21 | 0.00 | 2,997.90 |
| **Total Advertising and Promotion** | 806.39 | 659.25 | 963.57 | 319.62 | 118.86 | 130.21 | 0.00 | 2,997.90 |
| **Automobile Expense** | | | | | | | | |
| Auto - Fuel | 2,786.34 | 2,429.88 | 2,296.23 | 689.50 | 1,830.85 | 1,469.99 | 1,360.68 | 12,863.47 |
| Auto - Registration | 0.00 | 1,101.19 | 925.71 | 251.00 | 45.90 | 0.00 | 0.00 | 2,323.80 |
| Auto - RM | 0.00 | 3,619.28 | 19.99 | 0.00 | 41.98 | 116.00 | 0.00 | 3,797.25 |
| **Total Automobile Expense** | 2,786.34 | 7,150.35 | 3,241.93 | 940.50 | 1,918.73 | 1,585.99 | 1,360.68 | 18,984.52 |
| **Bank Service Charges** | | | | | | | | |
| Bank- Service Fee | 41.95 | 12.00 | 29.95 | 41.95 | 41.95 | 41.95 | 135.25 | 345.00 |
| Bank - Stop Payment | 0.00 | 0.00 | 12.00 | 0.00 | 10.00 | 0.00 | 0.00 | 22.00 |
| **Total Bank Service Charges** | 41.95 | 12.00 | 41.95 | 41.95 | 51.95 | 41.95 | 135.25 | 367.00 |
| **Charitable Contributions** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 | 500.00 |

Filed 01/14/25
3:56 PM
12/26/24
Cash Basis

Case 25-10088

Doc 1

# Kalos Specialized Services, Inc.
## Profit & Loss
### May through November 2024

| | May 24 | Jun 24 | Jul 24 | Aug 24 | Sep 24 | Oct 24 | Nov 24 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Computer and Internet Expenses** | | | | | | | | |
| **Comp - Internet** | 1,245.34 | 1,245.34 | 1,551.84 | 1,145.47 | 1,857.73 | 1,348.54 | 1,348.54 | 9,742.80 |
| **Comp - Repairs / Maint** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 975.00 | 975.00 |
| **Comp - Software** | 2,810.33 | 2,969.72 | 2,693.19 | 3,035.42 | 3,231.03 | 3,973.70 | 2,718.51 | 21,431.90 |
| **Comp - Web Site** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.99 | 2.99 |
| **Total Computer and Internet Expenses** | 4,055.67 | 4,215.06 | 4,245.03 | 4,180.89 | 5,088.76 | 5,322.24 | 5,045.04 | 32,152.69 |
| **Dues & Subscriptions** | | | | | | | | |
| **Dues - Memberships** | 114.00 | 22.15 | 447.09 | 22.15 | 173.53 | 52.14 | 22.15 | 853.21 |
| **Total Dues & Subscriptions** | 114.00 | 22.15 | 447.09 | 22.15 | 173.53 | 52.14 | 22.15 | 853.21 |
| **Equipment Expense** | | | | | | | | |
| **Equip - Lease** | 1,381.92 | 1,381.92 | 1,381.92 | 1,381.92 | 1,381.92 | 1,381.92 | 1,381.92 | 9,673.44 |
| **Total Equipment Expense** | 1,381.92 | 1,381.92 | 1,381.92 | 1,381.92 | 1,381.92 | 1,381.92 | 1,381.92 | 9,673.44 |
| **Insurance Expense** | | | | | | | | |
| **Ins - Auto** | -840.50 | 52.38 | 0.00 | 162.19 | 173.29 | 2,791.32 | 530.00 | 2,868.68 |
| **Ins - Dental / Vision** | 1,632.52 | 1,632.52 | 1,071.50 | 701.39 | 0.00 | 1,389.48 | 1,489.48 | 7,916.89 |
| **Ins - Health** | 8,966.23 | 8,966.23 | 10,533.73 | 9,175.34 | 8,020.51 | 8,309.21 | 8,309.21 | 62,280.46 |
| **Ins - Life (Group)** | 1,412.51 | 1,412.51 | 1,412.51 | 1,585.80 | 1,412.51 | 1,585.80 | 1,625.80 | 10,447.44 |
| **Ins - Pro Liability** | 2,766.34 | 4,576.93 | 5,253.68 | 4,392.25 | 11,842.90 | 2,109.44 | 3,000.89 | 33,942.43 |
| **Ins - Renters Insurance** | 173.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 173.29 |
| **Ins - Workers Comp** | 4,175.50 | 4,175.50 | 4,175.50 | 4,175.50 | 6,139.84 | 1,964.34 | 0.00 | 24,806.18 |
| **Total Insurance Expense** | 18,285.89 | 20,816.07 | 22,446.92 | 20,192.47 | 27,589.05 | 18,149.59 | 14,955.38 | 142,435.37 |
| **Interest Expense** | 3,047.62 | 3,090.75 | 3,057.00 | 1,449.00 | 1,371.62 | 1,331.76 | 1,451.08 | 14,798.83 |
| **Office Expenses** | | | | | | | | |
| **Office - Alarm** | 152.92 | 152.92 | 152.92 | 0.00 | 0.00 | 0.00 | 0.00 | 458.76 |
| **Office - Biz Expense** | 1,029.29 | 0.00 | 164.39 | 581.97 | 1,578.53 | 799.41 | 1,199.23 | 5,352.82 |
| **Office - Continuing Education** | 0.00 | 1,500.00 | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,500.00 |
| **Office - Employee Incentives** | 29.99 | 29.99 | 29.99 | 29.99 | 29.99 | 391.08 | 1,381.99 | 1,923.02 |
| **Office - Entertainment** | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 222.47 | 500.00 | 862.47 |
| **Office - Expense Employee Reim** | 713.08 | 863.15 | 345.26 | 576.87 | 484.70 | 236.89 | 1,026.56 | 4,246.51 |
| **Office - Meals 100%** | 931.77 | 1,162.33 | 1,989.98 | 1,447.73 | 1,253.03 | 2,139.16 | 2,592.86 | 11,516.86 |
| **Office - Mileage Reim** | 16,907.33 | 16,636.82 | 13,989.76 | 16,493.46 | 17,527.68 | 18,134.83 | 21,030.39 | 120,720.27 |

Filed 01/14/25
3:56 PM
12/26/24
Cash Basis

Case 25-10088

Doc 1

**Kalos Specialized Services, Inc.**
## Profit & Loss
**May through November 2024**

| | May 24 | Jun 24 | Jul 24 | Aug 24 | Sep 24 | Oct 24 | Nov 24 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Office - Postage and Delivery | 17.49 | 0.00 | 12.79 | 156.75 | 0.00 | 9.68 | 0.00 | 196.71 |
| Office - Security | 51.80 | 51.80 | 103.60 | 320.00 | 218.08 | 204.72 | 204.72 | 1,154.72 |
| Office - Service Charge | 74.00 | 0.00 | 38.00 | 10.00 | 99.00 | 107.06 | 140.00 | 468.06 |
| Office - Stipend (Pymts) | | | | | | | | |
| Auto - Lease (Mercedes) | 2,769.84 | 0.00 | 2,769.84 | 2,769.84 | 2,769.84 | 2,769.84 | 2,769.84 | 16,619.04 |
| Office - Stipend (Pymts) - Other | 4,808.83 | 7,578.67 | 4,808.83 | 4,808.83 | 4,808.83 | 4,808.83 | 4,812.51 | 36,435.33 |
| Total Office - Stipend (Pymts) | 7,578.67 | 7,578.67 | 7,578.67 | 7,578.67 | 7,578.67 | 7,578.67 | 7,582.35 | 53,054.37 |
| Office - Supplies | 461.64 | 804.72 | 807.72 | 505.23 | 536.08 | 93.70 | 459.24 | 3,668.33 |
| **Total Office Expenses** | 27,947.98 | 28,780.40 | 29,213.08 | 27,700.67 | 29,445.76 | 29,917.67 | 36,117.34 | 209,122.90 |
| Payroll Expenses | | | | | | | | |
| Payroll - Corp Payroll Liab Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 713.62 | 713.62 |
| Payroll Expenses - Other | 44,132.32 | 48,290.48 | 50,515.36 | 42,142.04 | 43,595.74 | 50,695.72 | 51,571.83 | 330,943.49 |
| **Total Payroll Expenses** | 44,132.32 | 48,290.48 | 50,515.36 | 42,142.04 | 43,595.74 | 50,695.72 | 52,285.45 | 331,657.11 |
| Professional Fees | | | | | | | | |
| Pro - Accounting | 6,000.00 | 2,690.95 | 5,223.75 | 3,085.07 | 3,713.00 | 4,608.25 | 1,794.25 | 27,115.27 |
| Pro - Admin | 0.00 | 0.00 | 0.00 | 680.00 | 0.00 | 0.00 | 0.00 | 680.00 |
| Pro - Employee Recruitment | 203.00 | 0.00 | 1,062.10 | 249.43 | 783.01 | 596.58 | 792.92 | 3,687.04 |
| Pro - Legal | 20,779.90 | 8,135.00 | 22,500.00 | 13,000.00 | 14,875.00 | 18,661.51 | 10,997.00 | 108,948.41 |
| **Total Professional Fees** | 26,982.90 | 10,825.95 | 28,785.85 | 17,014.50 | 19,371.01 | 23,866.34 | 13,584.17 | 140,430.72 |
| Rent Expense | | | | | | | | |
| Rent - Arroyo | 1,100.00 | 1,100.00 | 2,200.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 8,800.00 |
| Rent - Coastal Office | 2,800.00 | 2,800.00 | 5,600.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,860.00 | 22,460.00 |
| Rent - Janitorial | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 565.00 | 565.00 | 1,130.00 |
| Rent - Office | 7,080.00 | 5,330.00 | 8,830.00 | 8,129.64 | 7,080.00 | 1,750.00 | 5,330.00 | 43,529.64 |
| Rent - Repairs & Maintenance | 7,158.09 | 1,114.46 | 565.00 | 3,760.88 | 2,065.00 | 3,432.42 | 37.98 | 18,133.83 |
| Rent - Storage | 78.00 | 78.00 | 78.00 | 474.00 | 78.00 | 78.00 | 78.00 | 942.00 |
| **Total Rent Expense** | 18,216.09 | 10,422.46 | 17,273.00 | 16,264.52 | 13,123.00 | 9,725.42 | 9,970.98 | 94,995.47 |
| Tax Expense | | | | | | | | |
| Tax - Business Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,132.34 | 0.00 | 5,132.34 |
| Taxes - Property | 0.00 | 0.00 | 0.00 | 190.08 | 0.00 | 0.00 | 4,146.80 | 4,336.88 |
| **Total Tax Expense** | 0.00 | 0.00 | 0.00 | 190.08 | 0.00 | 5,132.34 | 4,146.80 | 9,469.22 |

Filed 01/14/25
3:56 PM
12/26/24
Cash Basis

Case 25-10088

Doc 1

Page 4 of 4

# Kalos Specialized Services, Inc.
## Profit & Loss
### May through November 2024

| | May 24 | Jun 24 | Jul 24 | Aug 24 | Sep 24 | Oct 24 | Nov 24 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Telephone Expense** | | | | | | | | |
| Tele - Cell Phone | 3,733.19 | 3,844.58 | 3,684.61 | 3,538.29 | 3,640.95 | 3,995.97 | 4,171.35 | 26,608.94 |
| Tele - Landline | 642.12 | 642.12 | 642.53 | 642.53 | 642.53 | 642.88 | 642.88 | 4,497.59 |
| Telephone Expense - Other | 0.00 | 0.00 | 0.00 | 115.00 | 115.00 | 115.00 | 0.00 | 345.00 |
| **Total Telephone Expense** | 4,375.31 | 4,486.70 | 4,327.14 | 4,295.82 | 4,398.48 | 4,753.85 | 4,814.23 | 31,451.53 |
| **Travel Expense** | | | | | | | | |
| Travel - Airfare | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,241.01 | 0.00 | 2,241.01 |
| Travel - Lodging | 197.23 | 1,647.59 | 3,461.29 | 0.00 | 0.00 | 109.55 | 3,451.64 | 8,867.30 |
| Travel - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.25 | 0.00 | 8.25 |
| **Total Travel Expense** | 197.23 | 1,647.59 | 3,461.29 | 0.00 | 0.00 | 2,358.81 | 3,451.64 | 11,116.56 |
| **Utilities** | | | | | | | | |
| Util - Electricity | 1,270.91 | 2,354.21 | 3,615.82 | 2,967.90 | 3,040.96 | 1,286.25 | 941.32 | 15,477.37 |
| Util - Propane | 0.00 | 0.00 | 0.00 | 0.00 | 47.50 | 0.00 | 1,414.14 | 1,461.64 |
| Utilities - Other | 1,150.00 | 0.00 | 0.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 2,350.00 |
| **Total Utilities** | 2,420.91 | 2,354.21 | 3,615.82 | 4,167.90 | 3,088.46 | 1,286.25 | 2,355.46 | 19,289.01 |
| **Total Expense** | 154,792.52 | 144,155.34 | 173,016.95 | 140,304.03 | 150,716.87 | 156,232.20 | 151,077.57 | 1,070,295.48 |
| **Net Ordinary Income** | 30,871.36 | 49,594.37 | -13,896.33 | 17,693.85 | -2,072.16 | 19,033.32 | 62,783.30 | 164,007.71 |
| **Other Income/Expense** | | | | | | | | |
| **Other Income** | | | | | | | | |
| Other Income | 0.00 | 0.00 | 14.93 | 0.00 | 0.00 | 0.00 | 0.00 | 14.93 |
| **Total Other Income** | 0.00 | 0.00 | 14.93 | 0.00 | 0.00 | 0.00 | 0.00 | 14.93 |
| **Other Expense** | | | | | | | | |
| Ask My Accountant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,900.00 | 1,900.00 | 3,800.00 |
| **Total Other Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,900.00 | 1,900.00 | 3,800.00 |
| **Net Other Income** | 0.00 | 0.00 | 14.93 | 0.00 | 0.00 | -1,900.00 | -1,900.00 | -3,785.07 |
| **Net Income** | 30,871.36 | 49,594.37 | -13,881.40 | 17,693.85 | -2,072.16 | 17,133.32 | 60,883.30 | 160,222.64 |

| Fill in this information to identify your case: | |
|---|---|

Debtor 1     **Amy**          **Anne**          **Corpus**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:          **Eastern District of California**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No

   ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$2,270.00** |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | $855.39 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $318.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $250.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $0.00 |

Debtor 1    **Amy**          **Anne**          **Corpus**              Case number *(if known)* _____

First Name     Middle Name     Last Name

|  | **Your expenses** |
|---|---|

| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$1,556.25** |
|---|---|---|---|

6. **Utilities:**

| 6a. Electricity, heat, natural gas | 6a. | **$400.00** |
|---|---|---|
| 6b. Water, sewer, garbage collection | 6b. | **$200.00** |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$320.00** |
| 6d. Other. Specify: **Propane** | 6d. | **$300.00** |

| 7. | **Food and housekeeping supplies** | 7. | **$500.00** |
|---|---|---|---|
| 8. | **Childcare and children's education costs** | 8. | **$0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$325.00** |
| 10. | **Personal care products and services** | 10. | **$100.00** |
| 11. | **Medical and dental expenses** | 11. | **$220.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$350.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$50.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$0.00** |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| 15a. Life insurance | 15a. | **$0.00** |
|---|---|---|
| 15b. Health insurance | 15b. | **$0.00** |
| 15c. Vehicle insurance | 15c. | **$0.00** |
| 15d. Other insurance. Specify: | 15d. | **$0.00** |

| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | **$0.00** |
|---|---|---|---|

17. **Installment or lease payments:**

| 17a. Car payments for Vehicle 1 | 17a. | **$0.00** |
|---|---|---|
| 17b. Car payments for Vehicle 2 | 17b. | **$0.00** |
| 17c. Other. Specify: | 17c. | **$0.00** |
| 17d. Other. Specify: | 17d. | **$0.00** |

| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | **$0.00** |
|---|---|---|---|

| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | **$0.00** |
|---|---|---|---|

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

| 20a. Mortgages on other property | 20a. | **$0.00** |
|---|---|---|
| 20b. Real estate taxes | 20b. | **$0.00** |
| 20c. Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| 20e. Homeowner's association or condominium dues | 20e. | **$0.00** |

| Debtor 1 | **Amy** | **Anne** | **Corpus** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

21. **Other.** Specify: **See Additional Page** _____     21.  +  _____ **$417.00**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.     22a. _____ **$8,431.64**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b. _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.     22c. _____ **$8,431.64**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*     23a. _____ **$12,867.20**

    23b. Copy your monthly expenses from line 22c above.     23b.  −  _____ **$8,431.64**

    23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*     23c. _____ **$4,435.56**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.

Debtor 1    **Amy**              **Anne**                **Corpus**

            First Name           Middle Name             Last Name

Case number *(if known)*

|  | Amount |
|---|---:|
| 21. **Other** | |
| Pet Expenses | $400.00 |
| BofA monthly fees | $17.00 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Amy** | **Anne** | **Corpus** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of California** | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules          **12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____          Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** **/s/ Amy Anne Corpus**

Amy Anne Corpus, Debtor 1

Date **01/13/2025**
     MM/  DD/  YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

- **You are an individual filing for bankruptcy, and**

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7  — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

### Chapter 7:  Liquidation

| | |
|---:|---|
| $245 | filing fee |
| $78 | administrative fee |
| **+          $15** | **trustee surcharge** |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- most domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test* —deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---:|---|
|   | $1,167 | filing fee |
| + | **$571** | **administrative fee** |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
| + | **$78** | **administrative fee** |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
| + | **$78** | **administrative fee** |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.
- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.